**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| GREGORY ELLIOTT WHITSON II, individually,<br><br>*Plaintiff*,<br><br>v.<br><br>KAREN WARD, individually, CECIL WARD, individually, BATINA FOUNTAIN, individually, PURGATORY STUDIOS, LLC, a New Mexico limited liability company, WIRED EVENTS, LLC, a New Mexico limited liability company,<br><br>*Defendants*. | CASE NO. |

**NOTICE OF REMOVAL**

Defendants Karen Ward, Cicil Ward, Batina Fountain, Purgatory Studios, LLC, and Wired Events, LLC (collectively "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, respectfully file this Notice of Removal of Bernalillo County, Second Judicial District Court, Case No. D-202-CV-2026-09067 to the United States District Court for the District of New Mexico, and in support thereof says as follows:

1. A civil action seeking an injunction and monetary damages has been commenced by Plaintiff Gregory Elliot Whitson, II ("Plaintiff") and is now pending in the Bernalillo County, Second Judicial District Court in and for the State of New Mexico, captioned Gregory Elliot Whitson, II v. Karen Ward, et al., Case No. D-202-CV-2026-09067 ("the State Action").

2. Plaintiff's Complaint in the State Action was filed on September 22, 2026. A true and correct copy of the Complaint filed by Plaintiff in the State Action is attached hereto as

Exhibit A and incorporated herein by reference. Plaintiff seeks an injunction and damages related to the Lanham Act, including trade dress infringement (15 U.S.C. § 1125(a)), false designation of origin, unfair competition and reverse passing off (15 U.S.C. § 1125(a)(1)(A)), and false advertising (15 U.S.C. § § 1125(a)(1)(B)), as well as a common law claim for unfair competition. *See generally* Exhibit A.

3. Defendants were served with the Complaint as follows:

(i) Defendant Batina Fountain was served with the Complaint on October 1, 2026. A true and correct copy of the summons to Batina Fountain is attached hereto as Exhibit B.

(ii) Defendant Purgatory Studios, LLC was served with the Complaint via its statutory agent, Batina Fountain, on October 1, 2026. A true and correct copy of the summons to Purgatory Studios, LLC is attached hereto as Exhibit C.

(iii) Defendant Wired Events, LLC was served with the Complaint via its statutory agent, Batina Fountain, on October 1, 2026. A true and correct copy of the summons to Wired Events, LLC is attached hereto as Exhibit D.

(iv) Defendant Cicil Ward was served with the Complaint on October 2, 2026. A true and correct copy of the summons to Cicil Ward is attached hereto as Exhibit E.

(v) Defendant Karen Ward was served with the Complaint on October 14, 2026. A true and correct copy of the affidavit of service to Karen Ward is attached hereto as Exhibit F.

4. To date, Defendants are not aware of any pleadings filed in the State Action other than the Complaint. Additionally, Plaintiff's counsel filed an Affidavit of Non-Admitted Lawyer Emily R. Flint on October 8, 2026. A true and correct copy of the affidavit is attached hereto as Exhibit G.

5. Pursuant to D.N.M.LR-Civ. 81.1, Defendants certify that Exhibits A through G are true and correct copies of all documents filed in the State Action. A true and correct copy of the state court docket is attached hereto as Exhibit H.

6. Plaintiff alleges Defendants violated the Lanham Act, 15 U.S.C. §§ 1125(a) and 1125(a)(1)(A)-(B). *See* Exhibit A. Therefore, this Court has federal question original jurisdiction set forth in 28 U.S.C. § 1331 and which is removable by Defendants under the 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1367, this Court may exercise its supplemental jurisdiction over the claims alleged by Plaintiff under New Mexico State law as the claim forms a part of the same case or controversy as the claims arising under Federal law.

8. This Notice of Removal is filed within the appropriate time allowed by the rules of this Court. *See* 28 U.S.C. § 1446(b)(1) and (b)(2)(B).

9. All Defendants are represented by undersigned counsel and hereby consent to the removal of this case in accordance with 28 U.S.C. § 1446(b)(2)(A).

10. Pursuant to 28 U.S.C. § 1446(d), Defendants gave written notice of this Notice of Removal and filed a copy with the Clerk of the Second Judicial District Court, Bernalillo County.

WHEREFORE, Defendants request that the State Action pending in the Second Judicial District Court be removed to this Court for trial and determination of all issues.

Dated: November 2, 2026

Respectfully Submitted,

PEACOCK LAW P.C.

*/s/Justin R. Muehlmeyer*
Justin R. Muehlmeyer
Address: 201 Third Street NW, Suite 1340
Albuquerque, New Mexico 87102
jmuehlmeyer@peacocklaw.com
Telephone: (505) 998-6117
Facsimile: (505) 243-2542

-and-

*/s/ Troy S. Lawton*
Troy S. Lawton
201 Third Street NW, Suite 1340
Albuquerque, New Mexico 87102
tlawton@peacocklaw.com
Telephone: (505) 998-6116
Facsimile: (505) 243-2542

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy to the following:

Ian W. Carmen
SNELL & WILMER, LLP
201 Third Street NW
Suite 1950
Albuquerque, NM 87102
(303) 634-2045
icarmen@swlaw.com

-and-

David G. Barker
Emily R. Flint
One East Washington Street
Suite 2700
Phoenix, AZ 85004
(602) 382-6000
dbarker@swlaw.com
eflint@swlaw.com

*Attorneys for Plaintiff*

*/s/Justin R. Muehlmeyer*
Justin R. Muehlmeyer