**Exhibit A**

| **SUMMONS** | |
|---|---|
| **STATE OF NEW MEXICO**<br>**COUNTY OF BERNALILLO**<br>**SECOND JUDICIAL DISTRICT COURT**<br><br>**Court Address:** 400 Lomas Blvd. NW, Albuquerque, NM 87102<br>**Court Telephone Number:** (505) 841-8400 | **Case Number:** D-202-CV-2026-09067<br><br>**Judge:** Barela-Shepherd, Denise |
| **Plaintiff:** GREGORY ELLIOTT WHITSON II, an individual,<br><br>**v.**<br><br>**Defendants:** KAREN WARD, an individual; CECIL WARD, an individual; BATINA FOUNTAIN, an individual; PURGATORY STUDIOS, LLC a New Mexico limited liability company; and WIRED EVENTS, LLC, a New Mexico limited liability company. | **Defendant:** CECIL WARD<br><br>**Address:** 7318 Bobwhite Lane Northeast, Albuquerque, New Mexico, 87109 |

**TO THE ABOVE-NAMED DEFENDANT,** take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Albuquerque, New Mexico, this ___day of 9/22/2026, 2026.

CLERK OF THE COURT

Katina Watson

SECOND JUDICIAL DISTRICT COURT
CLERK OF THE COURT

By: Deputy Clerk

Marilyn Crane

*/s/ Ian W. Carmen*
Ian W. Carmen (#162793)
201 Third Street, Northwest
Suite 1950
Albuquerque, New Mexico 87102
(303) 634-2045
icarmen@swlaw.com

David G. Barker (*pro hac vice forthcoming*)
Emily R. Flint (*pro hac vice forthcoming*)
One East Washington Street
Suite 2700
Phoenix, Arizona 85004
Tel: (602) 382-6000
Fax: (602) 382-6070
dbarker@swlaw.com
eflint@swlaw.com

*Attorneys for Plaintiff Gregory Elliott Whitson II*

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

FILED
2ND JUDICIAL DISTRICT COUR
Bernalillo Coun
9/22/2026 3:18 PI
KATINA WATSO
CLERK OF THE COUR
Marilyn D Crar

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

GREGORY ELLIOTT WHITSON II, an individual,

Plaintiff,

v.

No. D-202-CV-2026-09067

KAREN WARD, an individual; CECIL WARD, an individual; BATINA FOUNTAIN, an individual; PURGATORY STUDIOS, LLC, a New Mexico limited liability company; and WIRED EVENTS, LLC, a New Mexico limited liability company,

Defendants.

## COMPLAINT

For his complaint against Karen Ward, Cecil Ward, Batina Fountain, Purgatory Studios, LLC, and Wired Events, LLC (collectively, "Defendants"), Plaintiff Gregory Elliott Whitson II ("Plaintiff") states as follows:

## INTRODUCTION

1. This is an action for trade dress infringement, unfair competition, false designation of origin, false advertising, and reverse passing off, arising under the Lanham Act, 15 U.S.C. § 1125, and for unfair competition under the common law of New Mexico.

## PARTIES

2. Plaintiff is an individual residing in Mayer, Arizona.

3. Defendant Karen Ward is an individual residing at 7318 Bobwhite Lane Northeast, Albuquerque, New Mexico, 87109.

4. Defendant Cecil Ward is an individual residing at 7318 Bobwhite Lane Northeast, Albuquerque, New Mexico, 87109, who, upon information and belief, is the husband of Karen Ward.

5. Defendant Batina Fountain is an individual residing at 2306 Palomas Drive

Northeast, Albuquerque, New Mexico, 87110.

6. Defendant Purgatory Studios, LLC is a New Mexico limited liability company, with a principal place of business in Albuquerque, New Mexico.

7. Wired Events, LLC is a New Mexico limited liability company, with a principal place of business in Albuquerque, New Mexico.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over the subject matter of this action pursuant to Article 6, § 13 of the New Mexico Constitution and NM Stat § 45-1-302.

9. This Court has personal jurisdiction over each Defendant because each Defendant resides in or conducts business in Albuquerque, New Mexico, and Defendants have caused events to occur in Albuquerque, New Mexico, out of which Plaintiff's claims arise.

10. Venue is proper in this Court pursuant to NM Stat § 38-3-1.

## FACTUAL BACKGROUND

11. Plaintiff is professionally known as Justin Sayne.

12. Plaintiff is a widely recognized artisan who has been creating a distinctive line of luxury handcrafted leather goods, including floggers and whips, under the Justin Sayne brand since approximately 2012.

13. Over the course of more than a decade, Plaintiff has invested substantial time, effort, and resources in developing the reputation, goodwill, and commercial recognition associated with the Justin Sayne brand and products.

14. Plaintiff's products are highly regarded within the industry for exceptional quality and craftsmanship, earning more than 25 industry award nominations.

15. Plaintiff's floggers are known for their distinctive design elements, including rolled leather handles with football-style lacing, Chicago screw attachments, and unique loop placement.

16. The overall combination, arrangement, and visual appearance of these design elements constitutes a distinctive product configuration uniquely associated with the Justin Sayne brand—*i.e.*, protectable trade dress.

17. Plaintiff's trade dress is non-functional and has acquired secondary meaning through more than a decade of continuous and exclusive use, extensive sales, industry recognition, and consumer goodwill.

18. Defendants Karen Ward (also known by the aliases "Ana Ward" and "Mistress Ana Glow"), Cecil Ward, and Batina Fountain, acting through their entities Purgatory Studios, LLC and Wired Events, LLC, have begun manufacturing, promoting, and selling products that intentionally replicate the distinctive trade dress of Plaintiff's products.

19. Specifically, Defendants are manufacturing and selling their own line of floggers, including products marketed as Mistress Glow Pro Series floggers, that intentionally replicate the following distinctive elements of Plaintiff's designs: (i) the rolled leather construction of the handle; (ii) the distinctive football-style lacing of the leather-bound handle; (iii) the use of Chicago screws to affix the loop to the handle; and (iv) the distinctive placement and design of the loop itself, as shown below:

| **Plaintiff's Products** |
| --- |
|   |

| **Defendants' Infringing Products** |
| --- |
|   |

20. Defendants' products intentionally replicate the overall appearance and trade dress of Plaintiff's products in a manner that is likely to cause, and has in fact caused, consumer confusion regarding their source, sponsorship, affiliation, or endorsement.

21. Defendant Karen Ward has falsely represented in promotional materials and online postings that she is the creator or designer of these copied product designs.

22. Defendants have offered and sold these infringing products through the websites www.anasplayhouse.com and https://glowvision.tv/anasplayhouse/, and through social media platforms, including FetLife and Meta platforms.

23. Defendants have also offered and sold these infringing products at industry events, including DomCon LA.

24. Moreover, upon information and belief, Defendants have purchased genuine Justin Sayne products—including floggers and crocodile whips—and have used those authentic products in promotional photographs, social media content, and vendor booth displays to market Defendants' imitation products, creating the false impression that Defendants' products share the same origin, quality, craftsmanship, or endorsement as Plaintiff's genuine goods.

25. This conduct is particularly harmful because Justin Sayne products are offered with a lifetime guarantee. Purchasers of imitation products may seek repair or replacement from Plaintiff for goods that were neither manufactured nor sold by him, imposing unwarranted costs and reputational harm on the Justin Sayne brand.

26. Further, upon information and belief, Defendants are acquiring genuine Justin Sayne products and reselling them under Defendants' brand, falsely representing them as Defendants' own original creations.

27. On July 20, 2026, Plaintiff sent a cease and desist letter to Defendants, demanding that Defendants: (i) immediately cease and permanently refrain from manufacturing or selling products that copy, imitate, or incorporate Plaintiff's distinctive trade dress; (ii) immediately cease and permanently refrain from using any genuine Justin Sayne products in advertising, promotional materials, trade show displays, social media posts, or any other marketing materials; and (iii) immediately cease and permanently refrain from selling, advertising, or offering for sale any genuine Justin Sayne products.

28. Defendants did not respond to Plaintiff's July 20 letter, and continue to advertise and sell their infringing products.

**FIRST CAUSE OF ACTION**

**(Trade Dress Infringement [Lanham Act, 15 U.S.C. § 1125(a)])**

**(Against All Defendants)**

29. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully set forth herein.

30. Plaintiff's floggers are known for their distinctive design elements, including rolled leather handles with football-style lacing, Chicago screw attachments, and unique loop placement.

31. Plaintiff has used this particular trade dress for more than a decade, resulting in secondary meaning and acquired distinctiveness in the minds of the consuming public.

32. Plaintiff's proprietary combination of elements that comprise its product designs are unique and protectable and have come to be associated as originating exclusively from Plaintiff.

33. Long after Plaintiff created, developed and began using in commerce its trade dress for its floggers, Defendants began manufacturing, advertising, distributing, and selling products that copy and imitate Plaintiff's trade dress.

34. Defendants' use of Plaintiff's trade dress is likely to cause confusion and is likely to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Plaintiff.

35. Defendants' actions are intentional and willful, as Defendants copied Plaintiff's trade dress with notice and actual knowledge of Plaintiff's rights.

36. Defendants' acts have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendants from using Plaintiff's trade dress for its products.

37. Defendants' intentional actions render this an exceptional case, further entitling Plaintiff to recovery of his attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

## SECOND CAUSE OF ACTION

**(False Designation of Origin, Unfair Competition, and Reverse Passing Off [Lanham Act, 15 U.S.C. § 1125(a)(1)(A)])**

**(Against All Defendants)**

38. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully set forth herein.

39. Plaintiff's floggers are known for their distinctive design elements, including rolled leather handles with football-style lacing, Chicago screw attachments, and unique loop placement.

40. Plaintiff has used this particular trade dress for more than a decade, resulting in secondary meaning and acquired distinctiveness in the minds of the consuming public.

41. Plaintiff's proprietary combination of elements that comprise its product designs are unique and protectable and have come to be associated as originating exclusively from Plaintiff.

42. Long after Plaintiff created, developed and began using in commerce its trade dress for its floggers, Defendants began manufacturing, advertising, distributing, and selling products that copy and imitate Plaintiff's trade dress.

43. Upon information and belief, Defendants have also used authentic Justin Sayne products in advertising, promotional materials, social media, and vendor displays to market Defendants' imitation products.

44. Upon information and belief, Defendants have also resold genuine Justin Sayne products while representing—expressly or by implication—that those products are Defendants' own original creations or are associated with Defendants' brand.

45. Defendants' conduct is likely to deceive consumers as to the source, origin, sponsorship, or approval of Defendants' goods.

46. Such conduct constitutes false designation of origin, reverse passing off, and unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

47. Defendants' acts have caused and are causing actual damage and irreparable harm

to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendants from such conduct.

48. Defendants' actions are willful and intentional. This is an exceptional case, and Plaintiff is entitled to an award of reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**THIRD CAUSE OF ACTION**

**(False Advertising [Lanham Act, 15 U.S.C. § 1125(a)(1)(B)])**

**(Against All Defendants)**

49. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully set forth herein.

50. Plaintiff's floggers are known for their distinctive design elements, including rolled leather handles with football-style lacing, Chicago screw attachments, and unique loop placement.

51. Plaintiff has used this particular trade dress for more than a decade, resulting in secondary meaning and acquired distinctiveness in the minds of the consuming public.

52. Plaintiff's proprietary combination of elements that comprise its product designs are unique and protectable and have come to be associated as originating exclusively from Plaintiff.

53. Long after Plaintiff created, developed and began using in commerce its trade dress for its floggers, Defendants began manufacturing, advertising, distributing, and selling products that copy and imitate Plaintiff's trade dress.

54. Upon information and belief, Defendants have also used authentic Justin Sayne products in advertising, promotional materials, social media, and vendor displays to market Defendants' imitation products.

55. Upon information and belief, Defendants have also resold genuine Justin Sayne products while representing—expressly or by implication—that those products are Defendants' own original creations or are associated with Defendants' brand.

56. Defendants' use of Plaintiff's trade dress and Plaintiff's own genuine products to promote, market, or sell Defendants' imitation products in commerce constitutes false advertising

under 15 U.S.C. § 1125(a)(1)(B).

57. Defendants' acts have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendants from such conduct.

58. Defendants' actions are willful and intentional. This is an exceptional case, and Plaintiff is entitled to an award of reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**FOURTH CAUSE OF ACTION**

**(Unfair Competition Under Common Law)**

**(Against All Defendants)**

59. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully set forth herein.

60. Plaintiff's floggers are known for their distinctive design elements, including rolled leather handles with football-style lacing, Chicago screw attachments, and unique loop placement.

61. Plaintiff has used this particular trade dress for more than a decade, resulting in secondary meaning and acquired distinctiveness in the minds of the consuming public.

62. Plaintiff's proprietary combination of elements that comprise its product designs are unique and protectable and have come to be associated as originating exclusively from Plaintiff.

63. Long after Plaintiff created, developed and began using in commerce its trade dress for its floggers, Defendants began manufacturing, advertising, distributing, and selling products that copy and imitate Plaintiff's trade dress.

64. Upon information and belief, Defendants have also used authentic Justin Sayne products in advertising, promotional materials, social media, and vendor displays to market Defendants' imitation products.

65. Upon information and belief, Defendants have also resold genuine Justin Sayne products while representing—expressly or by implication—that those products are Defendants' own original creations or are associated with Defendants' brand.

66. Defendants' conduct is likely to deceive consumers as to the source, origin, sponsorship, or approval of Defendants' goods.

67. Defendants' use of Plaintiff's trade dress and Plaintiff's own genuine products to promote, market, or sell goods in direct competition with Plaintiff, constitutes unfair competition under New Mexico common law.

68. Defendants' acts have caused and are causing actual damage and irreparable harm to Plaintiff, for which legal remedies are inadequate. Therefore, in addition to monetary remedies, Plaintiff seeks injunctive relief to permanently bar Defendants from unfairly competing with Plaintiff.

69. Plaintiff is also entitled to an award of reasonable attorneys' fees under New Mexico law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendants and issue an order that:

A. Defendants, and Defendants' employees, agents, officers, representatives, successors, assigns, and all persons acting in concert or participation with them, be permanently enjoined from:

   i. manufacturing, advertising, distributing, selling, or offering for sale any products that copy, imitate, or incorporate Plaintiff's trade dress;

   ii. using any genuine Justin Sayne products in advertising, promotional materials, trade show displays, social media posts, or any other marketing materials; and

   iii. selling, advertising, or offering for sale any genuine Justin Sayne products;

B. Defendants be ordered to destroy their current inventory of infringing items and to remove all infringing content from websites, social media platforms, and marketing materials;

C. Defendants be required to account for all amounts made by virtue of the infringing activities described herein;

D. Defendants be required to pay Plaintiff their profits from sales of infringing items,

Plaintiff's actual damages, or alternatively, statutory damages;

E. The Court find Defendants to have acted willfully, and that this is an exceptional case;

F. Defendants be required to pay Plaintiff's attorneys' fees, costs, and expenses incurred in this action pursuant to 15 U.S.C. § 1117 and any other applicable legal authority; and

G. Plaintiff be granted any further relief the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 22nd day of September, 2026.

SNELL & WILMER, LLP

*/s/ Ian W. Carmen*
Ian W. Carmen (#162793)
201 Third Street, Northwest
Suite 1950
Albuquerque, New Mexico 87102
(303) 634-2045
icarmen@swlaw.com

David G. Barker (*pro hac vice forthcoming*)
Emily R. Flint (*pro hac vice forthcoming*)
One East Washington Street
Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
dbarker@swlaw.com
eflint@swlaw.com

*Attorneys for Plaintiff Gregory Elliott Whitson II*

FILED
2ND JUDICIAL DISTRICT COUR
Bernalillo Coun
9/22/2026 3:18 P
KATINA WATSO
CLERK OF THE COUR
Marilyn D Crar

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

GREGORY ELLIOTT WHITSON II, an individual,

Plaintiff,

v.

No. D-202-CV-2026-09067

KAREN WARD, an individual; CECIL WARD, an individual; BATINA FOUNTAIN, an individual; PURGATORY STUDIOS, LLC, a New Mexico limited liability company; and WIRED EVENTS, LLC, a New Mexico limited liability company,

Defendants.

**COURT-ANNEXED ARBITRATION CERTIFICATION**

Plaintiff Gregory Elliott Whitson II ("Plaintiff"), by and through undersigned counsel, pursuant to Second Judicial District Local Rule 2-603, certifies as follows:

_____ This party seeks only a money judgment AND the amount sought does not exceed fifty thousand dollars ($50,000.00) exclusive of punitive damages, interest, costs and attorney fees.

__X__ This party seeks relief other than a money judgment AND/OR seeks relief in excess of fifty thousand dollars ($50,000.00) exclusive of punitive damages, interest, costs and attorney fees.

Respectfully submitted this 22nd day of September, 2026.

SNELL & WILMER, LLP

*/s/ Ian W. Carmen*

Ian W. Carmen (#162793)
201 Third Street, Northwest
Suite 1950
Albuquerque, New Mexico 87102
(303) 634-2045
icarmen@swlaw.com

David G. Barker (*pro hac vice forthcoming*)
Emily R. Flint (*pro hac vice forthcoming*)
One East Washington Street
Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
dbarker@swlaw.com
eflint@swlaw.com

*Attorneys for Plaintiff Gregory Elliott Whitson II*

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/2/2026 2:23 PM
KATINA WATSON
CLERK OF THE COURT
Roberto A Rodriguez

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Ian W. Carmen | SBN: 162793
SNELL & WILMER
201 Third Street, Northwest, Suite 1950, Albuquerque, New Mexico 87102
TELEPHONE NO.: (303) 634-2045 | FAX NO. (602) 382-6070 | E-MAIL ADDRESS (Optional): icarmen@swlaw.com
ATTORNEY FOR (Name): Plaintiff: Gregory Elliott Whitson II

SECOND JUDICIAL DISTRICT COURT, COUNTY OF BERNALILLO, STATE OF NEW MEXICO
STREET ADDRESS: 401 LOMAS BLVD. NW
CITY AND ZIP CODE: ALBUQUERQUE 87102
BRANCH NAME:

PLAINTIFF/PETITIONER: GREGORY ELLIOTT WHITSON II, AN INDIVIDUAL
DEFENDANT/RESPONDENT: KAREN WARD, AN INDIVIDUAL; ET AL.

CASE NUMBER:
D-202-CV-2026-09067

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: 14406.00001 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED A TRUE AND CORRECT COPY OF THE FOLLOWING DOCUMENTS:**

**SUMMONS; COMPLAINT; COURT-ANNEXED ARBITRATION CERTIFICATION**

PARTY SERVED: **BATINA FOUNTAIN**

DATE & TIME: **10/1/2026**
**7:33 PM**

ADDRESS: **2101 Louisiana Boulevard Northeast**
**Albuquerque, NM 87110**

PHYSICAL DESCRIPTION: **Age: Caucasian** **Weight: 130 lbs.** **Hair: Golden Blonde w/ Dark Brown Roots**
**Sex: Female** **Height: 5'6"**
**Skin: Caucasian** **Eyes: Brown**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies to Batina Marie Fountain.**

OFFICIAL SEAL
Michael Andrew Kountz
NOTARY PUBLIC - State of New Mexico
My Commission Expires 04/06/2028

State of: NEW MEXICO
County of: BERNALILLO
Subscribed and sworn before me, a Notary Public, this 2nd day of Oct., 2026.
By: CJ Alexander

Printed: Michael Kountz
*Notary Public*
My Commission expires on: 04/06/2028

The fee for service is: $155.00

Fee for Service: **$155.00**
County: **Bernalillo**
**Nationwide Legal Services, LLC**
**Reg: 12-234648**
**3150 North 24th Street, Ste. A-102**
**Phoenix, AZ 85016**
**(602) 256-9700**
**Ref: 14406.00001**

I declare under penalty of perjury under the laws of the The State of New Mexico that the foregoing information contained in the return of service and statement of service fees is true and correct.

Signature: ______
**CJ Alexander**

**PROOF OF SERVICE**

Exhibit C

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/2/2026 2:23 PM
KATINA WATSON
CLERK OF THE COURT
Roberto A Rodriguez

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Ian W. Carmen | SBN: 162793
SNELL & WILMER
201 Third Street, Northwest, Suite 1950, Albuquerque, New Mexico 87102

TELEPHONE NO.: (303) 634-2045 | FAX NO. (602) 382-6070 | E-MAIL ADDRESS (Optional): icarmen@swlaw.com

ATTORNEY FOR (Name): Plaintiff: Gregory Elliott Whitson II

SECOND JUDICIAL DISTRICT COURT, COUNTY OF BERNALILLO, STATE OF NEW MEXICO
STREET ADDRESS: 401 LOMAS BLVD. NW
CITY AND ZIP CODE: ALBUQUERQUE 87102
BRANCH NAME:

PLAINTIFF/PETITIONER: GREGORY ELLIOTT WHITSON II, AN INDIVIDUAL
DEFENDANT/RESPONDENT: KAREN WARD, AN INDIVIDUAL; ET AL.

CASE NUMBER:
D-202-CV-2026-09067

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: 14406.00001 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED A TRUE AND CORRECT COPY OF THE FOLLOWING DOCUMENTS:**

**SUMMONS; COMPLAINT; COURT-ANNEXED ARBITRATION CERTIFICATION**

PARTY SERVED: **PURGATORY STUDIOS, LLC, c/o Statutory Agent: BATINA MARIE FOUNTAIN**

DATE & TIME: **10/1/2026**
**7:33 PM**

ADDRESS: **2101 Louisiana Boulevard Northeast**
**Albuquerque, NM 87110**

PHYSICAL DESCRIPTION: **Age: Caucasian** **Weight: 130 lbs.** **Hair: Golden Blonde w/ Dark Brown Roots**
**Sex: Female** **Height: 5'6"**
**Skin: Caucasian** **Eyes: Brown**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies to the Statutory Agent of the entity for service, Purgatory Studios, LLC.**

State of: NEW MEXICO
County of: BERNALILLO
Subscribed and sworn before me, a Notary Public, this 2nd day of Oct., 2026.
By: CJ Alexander

OFFICIAL SEAL
Michael Andrew Kountz
NOTARY PUBLIC - State of New Mexico
My Commission Expires April 6th, 2028

Printed: Michael Kountz
*Notary Public*
My Commission expires on: 04/06/2028

The fee for service is: $155.00

Fee for Service: **$155.00**
County: **Bernalillo**
**Nationwide Legal Services, LLC**
**Reg: 12-234648**
**3150 North 24th Street, Ste. A-102**
**Phoenix, AZ 85016**
**(602) 256-9700**
**Ref: 14406.00001**

I declare under penalty of perjury under the laws of the The State of New Mexico that the foregoing information contained in the return of service and statement of service fees is true and correct.

Signature: ____________
**CJ Alexander**

**PROOF OF SERVICE**

Exhibit D

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/2/2026 2:23 PM
KATINA WATSON
CLERK OF THE COURT
Roberto A Rodriguez

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Ian W. Carmen | SBN: 162793
SNELL & WILMER
201 Third Street, Northwest, Suite 1950, Albuquerque, New Mexico 87102

TELEPHONE NO.: (303) 634-2045 | FAX NO. (602) 382-6070 | E-MAIL ADDRESS (Optional): icarmen@swlaw.com

ATTORNEY FOR (Name): Plaintiff: Gregory Elliott Whitson II

SECOND JUDICIAL DISTRICT COURT, COUNTY OF BERNALILLO, STATE OF NEW MEXICO
STREET ADDRESS: 401 LOMAS BLVD. NW
CITY AND ZIP CODE: ALBUQUERQUE 87102
BRANCH NAME:

PLAINTIFF/PETITIONER: GREGORY ELLIOTT WHITSON II, AN INDIVIDUAL
DEFENDANT/RESPONDENT: KAREN WARD, AN INDIVIDUAL; ET AL.

CASE NUMBER:
D-202-CV-2026-09067

| PROOF OF SERVICE | Hearing Date: | Day: | Hearing Time: | Dept: | Ref. No. or File No.: |
|---|---|---|---|---|---|
| | | | | | 14406.00001 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED A TRUE AND CORRECT COPY OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; COURT-ANNEXED ARBITRATION CERTIFICATION**

PARTY SERVED: **WIRED EVENTS, LLC, c/o Statutory Agent: BATINA MARIE FOUNTAIN**

DATE & TIME: **10/1/2026**
**7:33 PM**

ADDRESS: **2101 Louisiana Boulevard Northeast**
**Albuquerque, NM 87110**

PHYSICAL DESCRIPTION: **Age: Caucasian** **Weight: 130 lbs.** **Hair: Golden Blonde w/ Dark Brown Roots**
**Sex: Female** **Height: 5'6"**
**Skin: Caucasian** **Eyes: Brown**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies to the Statutory Agent of the entity for service, Wired Events, LLC.**

State of: NEW MEXICO
County of: BERNALILLO
Subscribed and sworn before me, a Notary Public, this 2nd day of Oct., 2026.
By: CJ Alexander

[signature]

Printed: Michael Kountz
*Notary Public*
My Commission expires on: 04/06/2028

OFFICIAL SEAL
Michael Andrew Kountz
NOTARY PUBLIC - State of New Mexico
My Commission Expires 04/06/2028

The fee for service is: $155.00

Fee for Service: **$155.00**
County: **Bernalillo**
**Nationwide Legal Services, LLC**
**Reg: 12-234648**
**3150 North 24th Street, Ste. A-102**
**Phoenix, AZ 85016**
**(602) 256-9700**
**Ref: 14406.00001**

I declare under penalty of perjury under the laws of the The State of New Mexico that the foregoing information contained in the return of service and statement of service fees is true and correct.

Signature: [signature]
**CJ Alexander**

**PROOF OF SERVICE**

(a)(23)[New July 1, 1987]

Order#: AZ449353B

**Exhibit E**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
Ian W. Carmen (#162793)
SNELL & WILMER
201 Third Street NW, Suite 1950, Albuquerque, New Mexico 87102
TELEPHONE NO.: (303) 634-2045 FAX NO.(Optional): (602) 382-6070
E-MAIL ADDRESS (Optional): kjohnsen@swlaw.com
ATTORNEY FOR (Name): Plaintiff: Gregory Elliott Whitson II

FOR COURT USE ONLY

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/8/2026 3:59 PM
KATINA WATSON
CLERK OF THE COURT
Naomi A Haimoud

SECOND JUDICIAL DISTRICT COURT, COUNTY OF BERNALILLO
STATE OF NEW MEXICO

PLAINTIFF/PETITIONER: Gregory Elliot Whitson II

DEFENDANT/RESPONDENT: Karen Ward, et al.

CASE NUMBER: D-202-CV-2026-09067

# AFFIDAVIT OF SERVICE

Ref. No. or File No.: 14406.00001

I being duly sworn, on oath, state that I am over the age of eighteen (18) years old and not a party to this lawsuit. I served SUMMONS; COMPLAINT; COURT-ANNEXED ARBITRATION CERTIFICATION, at 739 Canal Street at Bourbon Street (Booth 132), New Orleans, LA 70130, on 10/2/2026 at 5:58 PM in the following manner:

☑ To the defendant CECIL WARD, personally via Direct Delivery. *(Used when the defendant accepts or refuses a copy of summons and complaint)*

☐ to the defendant by mail or courier service as provided by Rule 1-004 NMRA. *(Used when service is by mail or commerical courier service)*

☐ By Serving an authorized agent authorized to accept service of process for defendant.

After attempting to serve the above listed documents on the defandant by peronsal service or by mail or commercial courier service, by effectively sub-serving above documents in the following manner:

☐ To a person over (15) years of age and residing at the usual plae of abode of defendant , and by mailing listed documents by first class mail to the defendant at

☐ To , the person apparently in charge at the actual place of business of employment of the defendant and by mailing listed documents by first class mail to the defendnat at , his/her place of business.

☐ To a parent, guardian, custodian, conservator, guardian ad litem of defendant.

☐ To (name of person). *(title of person authorized to receive services. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)*

Subscribed and sword before me this 5th day of October 2026.

[signature]
(Judge, notary or other officer authorized to administer oaths)

Notary Public
(Official Title)

ADRIANA WALKER
NOTARY PUBLIC
STATE OF LOUISIANA
COMMISSIONED FOR LIFE
NOTARY ID NO. 158629
ORLEANS PARISH, LA

County: Orleans
Nationwide Legal Services, LLC
3150 North 24th Street
Suite A-102
Phoenix, AZ 85016
(602) 256-9700

I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 5th, 2026

Signature: [signature]
James Whitlow

Exhibit F

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address) FOR COURT USE ONLY

Ian W. Carmen (#162793)
SNELL & WILMER
201 Third Street NW, Suite 1950
Albuquerque, New Mexico 87102
TELEPHONE NO.: (303) 634-2045 FAX NO (Optional): (602) 382-6070
E-MAIL ADDRESS (Optional): icarmen@swlaw.com
ATTORNEY FOR (Name): Plaintiff: Gregory Elliott Whitson II

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/26/2026 2:43 PM
KATINA WATSON
CLERK OF THE COURT
Marissa N Layne

SUPERIOR COURT OF THE STATE OF NEW MEXICO
COUNTY OF BERNALILLO

PLAINTIFF/PETITIONER: GREGORY ELLIOTT WHITSON II, AN INDIVIDUAL

DEFENDANT/RESPONDENT: KAREN WARD, AN INDIVIDUAL; et al.

CASE NUMBER: D-202-CV-2026-09067

# AFFIDAVIT OF SERVICE

Ref. No. or File No.: 14406.00001

I being duly sworn, on oath, state that I am over the age of eighteen (18) years old and not a party to this lawsuit. I served a true and correct copy of the SUMMONS; COMPLAINT; COURT-ANNEXED ARBITRATION CERTIFICATION, at 7318 Bobwhite Lane Northeast, Albuquerque, NM 87109, on 10/14/2026 at 6:25 AM in the following manner:

☑ To the defendant KAREN WARD. *(Used when the defendant accepts or refuses a copy of summons and complaint)*
via Direct Delivery
Physical Description: Gender: Female | Race: Caucasian | Age: ~60 yrs. | Height: 5'5" | Weight: 135 lbs. | Hair: Long, Blonde | Eyes: Blue

☐ to the defendant by mail or courier service as provided by Rule 1-004 NMRA. *(Used when service is by mail or commerical courier service)*

☐ By Serving an authorized agent authorized to accept service of process for defendant.

After attempting to serve the above listed documents on the defandant by peronsal service or by mail or commercial courier service, by effectively sub-serving above documents in the following manner:

☐ To a person over (15) years of age and residing at the usual plae of abode of defendant , and by mailing listed documents by first class mail to the defendant at

☐ To , the person apparently in charge at the actual place of business of employment of the defendant and by mailing listed documents by first class mail to the defendnat at , his/her place of business.

☐ To a parent, guardian, custodian, conservator, guardian ad litem of defendant.

☐ To (name of person). *(title of person authorized to receive services. Use this alternative when the defendant is a corporation or an assocition subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision)*

State of: NEW MEXICO
County of: BERNALILLO
Subscribed and sworn before me, a
Notary Public, this 14th day of Oct., 2026.
By: CJ Alexander

[signature]

Printed: Michael Kountz
*Notary Public*
My Commission expires on: 04/06/2028

OFFICIAL SEAL
Michael Andrew Kountz
NOTARY PUBLIC - State of New Mexico
My Commission Expires April 6th, 2028

County: Bernalillo
Nationwide Legal Services, LLC
3150 North 24th Street
Suite A-102
Phoenix, AZ 85016
(602) 256-9700

I declare under penalty of perjury under the laws of the State of New Mexico that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 14, 2026

Signature: [signature]
CJ Alexander



JOB No. AZ450367

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/8/2026 3:59 PM
KATINA WATSON
CLERK OF THE COURT
Naomi A Haimoud

STATE OF NEW MEXICO
Bernalillo COUNTY
Second JUDICIAL DISTRICT

Gregory Elliott Whitson, II, No. D-202-CV-2026-09067

v.

Karen Ward, et al.

**AFFIDAVIT OF NON-ADMITTED LAWYER**

STATE OF Arizona )
)
COUNTY OF Maricopa )

Emily R. Flint, (Non-admitted Lawyer) the affiant herein, having been duly sworn, states upon oath:

1. Affiant is admitted to practice law and is in good standing to practice law in Arizona (state, territory, country).
2. Affiant has complied with Rule 24-106 NMRA.
3. Affiant has associated with Ian Carmen, counsel licensed to practice law in good standing in New Mexico.

Emily R. Flint, Affiant, being first duly sworn, states upon oath, that all of the representations in this affidavit are true as far as affiant knows or is informed, and that such affidavit is true, accurate and complete to the best of affiant's knowledge and belief.

DATED: October 5, 2026.

Emily Flint
Affiant

SUBSCRIBED AND SWORN TO before me this 5th day of October 2026.

NOTARY PUBLIC

My commission expires:

5/26/2026

CHRISTOPHER WISNIEWSKI
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 694492
Expires May 26, 2030

Exhibit H



# Gregory Elliot Whitson, II

v.

# Karen Ward, et al.

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-202-CV-202609067 | Barela-Shepherd, Denise | 09/22/2026 | ALBUQUERQUE District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | WARD KAREN |
| D | Defendant | 2 | WARD CECIL |
| D | Defendant | 3 | FOUNTAIN BATINA |
| D | Defendant | 4 | PURGATORY STUDIOS LLC |
| D | Defendant | 5 | WIRED EVENTS LLC |
| P | Plaintiff | 1 | WHITSON GREGORY ELLIOT II |

ATTORNEY: CARMEN IAN WILLIAM

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 09/22/2026 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Miscellaneous |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 10/26/2026 | AFFIDAVIT OF SERVICE | | D | 1 | |
| 10/08/2026 | AFFIDAVIT<br>Of Non-Admitted Lawyer Emily R. Flint | | P | 1 | |
| 10/08/2026 | AFFIDAVIT OF SERVICE | | D | 2 | |
| 10/02/2026 | PROOF OF SERVICE | | D | 5 | |
| 10/02/2026 | PROOF OF SERVICE | | D | 4 | |
| 10/02/2026 | PROOF OF SERVICE | | D | 3 | |
| 09/22/2026 | | | | | |
| 09/22/2026 | ARB: CERT NOT SUBJECT | | P | 1 | |
| 09/22/2026 | OPN: COMPLAINT | | P | 1 | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 09/22/2026 | Barela-Shepherd, Denise | 1 | INITIAL ASSIGNMENT |